**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Northern District of Georgia

Case number (*If known*): _____  Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | J.D. SAC Consulting LLC |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | Rocket Electric |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 82-1818253 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 3939 Royal Drive NW | |
| Number    Street | Number    Street |
| Ste. 234 | |
| | P.O. Box |
| Kennesaw    GA    30144 | |
| City    State    ZIP Code | City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Cobb County | |
| County | Number    Street |
| | |
| | City    State    ZIP Code |

5. **Debtor's website** (URL)   rocketelectric.net

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor  **J.D. SAC Consulting LLC**  Case number (*if known*)_____
     Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. *Check all that apply:*
- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .
**238210**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply*:
  - ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes.  District _____  When _____  Case number _____
                                      MM / DD / YYYY
  District _____  When _____  Case number _____
                                      MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☑ No
- ☐ Yes.  Debtor _____  Relationship _____
  District _____  When _____
                                      MM / DD / YYYY
  Case number, if known _____

Debtor    J.D. SAC Consulting LLC             Case number *(if known)*_____
        Name

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                        Number       Street

_____
_____
City                 State      ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
           Contact name _____
           Phone _____

---

### Statistical and administrative information

---

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

**15. Estimated assets**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

| Debtor | J.D. SAC Consulting LLC | Case number (*if known*)_____ |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/16/2025
MM / DD / YYYY

✗ /s/ James Elbert                              James Elbert
Signature of authorized representative of debtor    Printed name

Title  Managing Member

**18. Signature of attorney**

✗ /s/ William Rountree                Date  04/16/2025
Signature of attorney for debtor              MM / DD / YYYY

William Rountree
Printed name

Rountree, Leitman, Klein & Geer, LLC
Firm name

2987 Clairmont Road Suite 350
Number        Street

Atlanta                                  GA        30329
City                                     State     ZIP Code

404-584-1238                             wrountree@rlkglaw.com
Contact phone                            Email address

616503                                   GA
Bar number                               State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

**Fill in this information to identify the case:**

Debtor name: J.D. SAC Consulting LLC

United States Bankruptcy Court for the: Northern District of Georgia

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Mark Vogt<br>c/o Eric Coleman\|Winter Capriola Zenner<br>3490 Piedmont Road NE Ste. 800<br>Atlanta, GA, 30305 | | Settlement | | | | 260,000.00 |
| 2 | Shaheen Development Company, LLLP<br>3625 Cumberland Blvd SE<br>Ste. 250<br>Atlanta, GA, 30339 | | Real Property Lease | | | | 71,811.00 |
| 3 | Valley National Bank<br>1720 Route 23<br>Wayne, NJ, 07470 | | Monies Loaned / Advanced | | | | 48,636.98 |
| 4 | Consolidated Electrical Distributors, Inc.<br>1920 Westridge Drive<br>Irving, TX, 75038 | | Suppliers or Vendors | | | | 41,442.80 |
| 5 | Channel Partners<br>10900 Wayzata Blvd<br>Ste. 300<br>Hopkins, MN, 55305 | | Monies Loaned / Advanced | | | | 40,000.00 |
| 6 | Mayer Electric Supply Company, Inc.<br>3405 4th Avenue South<br>Birmingham, AL, 35222 | | Suppliers or Vendors | | | | 34,934.34 |
| 7 | United Rentals<br>100 First Stamford Place<br>Ste. 700<br>Stamford, CT, 06902 | | Suppliers or Vendors | | | | 32,801.05 |
| 8 | Elliott Electric Supply<br>2526 N. Stallings Drive<br>Nacogdoches, TX, 75964 | | Suppliers or Vendors | | | | 27,455.81 |

Debtor __J.D. SAC Consulting LLC_____ Case number (*if known*)_____
         Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Ascentium Capital<br>23970 Hwy 59<br>Humble, TX, 77339-1583 | | Monies Loaned / Advanced | | | | 22,624.91 |
| 10 | Channel Partners<br>10900 Wayzata Blvd<br>Ste. 300<br>Hopkins, MN, 55305 | | Monies Loaned / Advanced | | | | 18,583.37 |
| 11 | Bank of America<br>PO BOX 660441<br>Dallas, TX, 75266-0441 | | Credit Card Debt | | | | 17,136.40 |
| 12 | Chase Bank, N.A.<br>P.O. Box 15123<br>Wilmington, DE, 19850 | | Credit Card Debt | | | | 17,106.02 |
| 13 | US Small Business Administration<br>2 North Street Suite 320<br>Birmingham, AL, 35203 | | Monies Loaned / Advanced | | | | 17,069.45 |
| 14 | American Express<br>PO Box 60189<br>City of Industry, CA, 91716-0189 | | Credit Card Debt | | | | 13,926.02 |
| 15 | Ascentium Capital<br>23970 Hwy 59<br>Humble, TX, 77339-1583 | | Monies Loaned / Advanced | | | | 11,066.45 |
| 16 | Finish Line Staffing<br>139 S. English Station Road<br>Ste. 220<br>Louisville, KY, 40245 | | Suppliers or Vendors | | | | 10,222.50 |
| 17 | Nationwide Mutual Insurance Co.<br>Brown & Joseph, LLC<br>One Pierce Place, Ste. 700 W<br>Itasca, IL, 60143 | | Suppliers or Vendors | | | | 8,933.00 |
| 18 | Farm Bureau Bank<br>PO Box 33427<br>San Antonio, TX, 78265 | | Monies Loaned / Advanced | | | | 8,856.48 |
| 19 | CINTAS<br>PO Box 630910<br>Cincinnati, OH, 45263-1025 | | Suppliers or Vendors | | | | 7,868.82 |
| 20 | Ascentium Capital<br>23970 Hwy 59<br>Humble, TX, 77339-1583 | | Monies Loaned / Advanced | | | | 7,299.37 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2

**Fill in this information to identify the case and this filing:**

Debtor Name: J.D. SAC Consulting LLC

United States Bankruptcy Court for the: Northern District of Georgia

Case number (*If known*): _____

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ❑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ❑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ❑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ❑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ❑ *Schedule H: Codebtors* (Official Form 206H)
- ❑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ❑ Amended *Schedule* ____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ❑ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/16/2025
        MM / DD / YYYY

✗ /s/ James Elbert
Signature of individual signing on behalf of debtor

James Elbert
Printed name

Managing Member
Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Adobe Inc.
345 Park Avenue
San Jose, CA 95110

Alabama Department of Revenue
Business Privilege Tax Section
PO Box 327320
Montgomery, AL 36132-7320

American Express
PO Box 60189
City of Industry, CA 91716-0189

Ascentium Capital
23970 Hwy 59
Humble, TX 77339-1583

Bank of America
PO BOX 660441
Dallas, TX 75266-0441

Channel Partners
10900 Wayzata Blvd
Ste. 300
Hopkins, MN 55305

Chase Bank, N.A.
P.O. Box 15123
Wilmington, DE 19850

CINTAS
PO Box 630910
Cincinnati, OH 45263-1025

City Electric Supply
400 S. Record Street
Ste. 900
Dallas, TX 75202

Comcast Business
PO Box 71211
Charlotte, NC 28272-1211

Consolidated Electrical Distributors, Inc.
1920 Westridge Drive
Irving, TX 75038

Construction Specialties
700 Gemstone Trail
Deland, FL 32724

Crowned City, LLC
5019 Hog Mountain Road
Flowery Branch, GA 30542

CT Corporation System, as representative
330 N. Brand Blvd., Ste. 700
Glendale, CA 91203

CT Corporation System, as representative
UCC 103666260
330 N. Brand Blvd., Ste. 700
Glendale, CA 91203

Diana Elbert
4534 Hosta Ct., N.W.
Acworth, GA 30102

Elliott Electric Supply
2526 N. Stallings Drive
Nacogdoches, TX 75964

Engine
1601 Wewatta St Ste 250
Denver, CO 80202

Farm Bureau Bank
PO Box 33427
San Antonio, TX 78265

Financial Pacific
PO Box 4568
Federal Way, WA 98063-4568

Finish Line Staffing
139 S. English Station Road
Ste. 220
Louisville, KY 40245

Flint Connolly & Walker, LLP
131 East Main Street
Canton, GA 30114

Florida Department of Revenue
5050 West Tennessee Street
Tallahassee, FL 32399

Forsyth, Holtzman & Associates, LLC
4255 Wade Green Road, Ste 910
Kennesaw, GA 30144

Georgia Department of Labor
148 Andrew Young Inter. Blvd
Room 738
Atlanta, GA 30303-0000

Georgia Department of Revenue
Bankruptcy
2595 Century Parkway NE, Suite 339
Atlanta, GA 30345

Gulf Coast Bank and Trust Company
1170 Celebration Blvd
Ste. 100
Kissimmee, FL 34747

Home Depot Card Services
P.O. Box 6497
Sioux Falls, SD 57117-0000

Internal Revenue Service
401 W. Peachtree St. NW
Stop 334-D
Atlanta, GA 30308

James Elbert
4534 Hosta Ct NW
Acworth, GA 30102

James Elbert
4534 Hosta Ct., N.W.
Acworth, GA 30102

Kentucky Department of Revenue
600 West Cedar Street, 2nd Floor West
Louisville, KY 40202

Leaf Capital Funding, LLC
900 Old Roswell Lakes Pkwy, Ste 310
Roswell, GA 30076

Louisiana Department of Revenue
617 North Third Street
P.O. Box 201
Baton Rouge, LA 70821

Mark Vogt
c/o Eric Coleman|Winter Capriola Zenner
3490 Piedmont Road NE Ste. 800
Atlanta, GA 30305

Mark Vogt
273 Edinburgh Lane
Woodstock, GA 30188

Mayer Electric Supply Company, Inc.
3405 4th Avenue South
Birmingham, AL 35222

Mississippi Dept of Revenue
500 Clinton Center Drive
Clinton, MS 39056

Mitsubishi HC Capital America, Inc.
800 Connecticut Avenue
4th Floor North
Norwalk, CT 06854

Mitubishi HC Capital America
800 Connecticut Avenue 4th Fl
Norwalk, CT 06854

Nationwide Mutual Insurance Co.
Brown & Joseph, LLC
One Pierce Place, Ste. 700 W
Itasca, IL 60143

North Carolina Department of Revenue
P.O. Box 25000
Raleigh, NC 27640-0520

Ohio Department of Taxation
P.O. Box 2057
Columbus, OH 43270-2057

QuickWin Bookkeeping
4957 Dana Dr NE
Kennesaw, GA 30144

QuikTrip|Wex Bank
PO Box 4337
Carol Stream, IL 60197-4337

Revenued Financial Services
55 Almeria Avenue
2nd Floor
Miami, FL 33134

Rocket Electrical Contractors, LLC
3939 Royal Drive NW
Ste. 107
Kennesaw, GA 30144

ServiceTitan, Inc.
800 N. Brand Blvd
Ste. 100
Glendale, CA 91203


Shaheen Development Company, LLLP
3625 Cumberland Blvd SE
Ste. 250
Atlanta, GA 30339


South Carolina Department of Revenue
PO Box 125
Columbia, SC 29214


Stellantis Financial
PO Box 717
Wilmington, OH 45177


Tennessee Department of Revenue
500 Deaderick Street
Nashville, TN 37242


Theodore Jon Cohen, Esq.
401 Jericho Tpke, Ste. 220
Jericho, NY 11753


United Rentals
100 First Stamford Place
Ste. 700
Stamford, CT 06902


US Small Business Administration
2 North Street Suite 320
Birmingham, AL 35203


Valley National Bank
1720 Route 23
Wayne, NJ 07470


Verizon Business
PO Box 489
Newark, NJ 07101


Virginia Department of Taxation
1957 Westmoreland Street
Richmond, VA 23230

United States Bankruptcy Court
Northern District of Georgia

In re: J.D. SAC Consulting LLC

Case No.

Chapter 11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  04/16/2025

/s/ James Elbert
Signature of Individual signing on behalf of debtor

Managing Member
Position or relationship to debtor